### State Bank of Prairie du Rocher, complainant, v. F. W. Bersche et al., defendants. St. Louis Brewing Association, appellant, v. F. W. Bersche and Cora O. Bersche, appellees.

Suit to foreclose mortgage. Decree of foreclosure and sale. Appeal from the Circuit Court of Randolph county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1919. Reversed and remanded. Opinion filed June 6, 1919.

J. Fred Gilster and Maurice V. Joyce, for appellant; A. B. Garrett, of counsel. A. E. Crisler, for appellees.

Mr. Justice Boggs delivered the opinion of the court.